IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMERICA BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No |
| vs. | ) | |
| | ) | 06CV1104 |
| MOHAMED SHARAF, | ) | JUDGE KENNELLY |
| DIANA SHARAF, ALI SBEITY, AND | ) | MAGISTRATE VALDEZ |
| 5412 PEORIA, L.L.C. an Illinois limited | ) | |
| liability company, d/b/a IHOP #5412 | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

FILED

FEB 2 8 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on the 28th day of February, 2006, the undersigned counsel for Plaintiff filed a certified copy of **Judgment for Registration** with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

COMERICA BANK

By: _____
One of its Attorneys

Kurt M. Carlson (6236568)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800
kcarlson@tishlerandwald.com

Order Form (01/2005)    Case 1:05-cv-01331    Document 22    Filed 07/26/2005    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 1331 | DATE | 7/26/2005 |
| CASE TITLE | COMERICA BANK vs. SHARAF, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for default judgment is granted. Default judgment is entered against defendants Mohamed Sharaf and Diana Sharaf in the amount of $400,436.57, and against defendant 5412 Peoria, LLC in the amount of $551,193.46.

*Suzanne B. Conlon*

Notices mailed by judge's staff.

Certified a true copy of an instrument on file in my office on 2/16/2006
Clerk, U.S. District Court,
Northern District of Texas
By _Shakira K. Todd_ Deputy

| | Courtroom Deputy Initials: | CB |
|---|---|---|

05C1331 COMERICA BANK vs. SHARAF, et al.      Page 1 of 1

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, states that she served copies of the **Judgment for Registration** upon the aforementioned parties by depositing true and correct copies of same into the U.S. Mail Chute located at 200 S. Wacker Drive, Chicago, Illinois 60606 in properly addressed, first class postage prepaid envelopes this 28th day of February, 2006, at or before the hour of 5:00 p.m.

_____
Karen March

SIGNED and SWORN to before
me this 28th day February, 2006.

_____
Notary Public

## SERVICE LIST

Mohamed Sharaf
4107 W. Hollow Creek Drive
Peoria, IL 61615

Diana Sharaf
4107 W. Hollow Creek Drive
Peoria, IL 61615

5412 Peoria, LLC
5012 North Big Hollow Road
Peoria, IL 61615

Ali Sbeity
3602 N. Kingston Road
Peoria, IL 61604

Samuel B. Zabek, Esq.
The Leiter Group
309-A Main Street
Peoria, IL 61602